IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Plaintiff,                            No. CIV S-09-3368 DAD P

    vs.

SEAN FITZGERALD, et al.,

    Defendants.                   ORDER

_____/

        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application is incomplete because plaintiff did not attach a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint in this action.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be granted thirty days to submit a certified copy of his trust account statement for the relevant six-month period.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall complete the attached Notice of Submission of Document and submit it to the court, within thirty days from the date of this order, with a certified copy of plaintiff's trust account statement for the six-month

1

1  period immediately preceding the filing of the complaint in this action.  Plaintiff is cautioned that
2  failure to comply with this order or seek an extension of time to do so will result in a
3  recommendation that this action be dismissed without prejudice.
4  DATED: December 10, 2009.

                                                                                                          _____
                                                                                                          DALE A. DROZD
                                                                                                          UNITED STATES MAGISTRATE JUDGE

9  DAD:mp
   alex3368.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

      Plaintiff,                    No. CIV S-09-3368 DAD P

    vs.

SEAN FITZGERALD, et al.,         NOTICE OF SUBMISSION

      Defendants.             OF DOCUMENT

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      __1__ certified trust account statement for the six-month period preceding the filing of this action.

DATED: _____.

                                                      _____

                                                      Plaintiff