IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Plaintiff,                        No. CIV S-09-3368 DAD P

    vs.

SEAN FITZGERALD et al.,

    Defendants.               ORDER

_____/

        Plaintiff is an El Dorado County Jail inmate proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. In accordance with the court's December 11, 2009 order, plaintiff has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $19.33 will be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate

1

1  agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the
2  Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of twenty
3  percent of the preceding month's income credited to plaintiff's trust account.  These payments
4  will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the
5  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C.
6  § 1915(b)(2).

7  In his complaint, plaintiff has identified El Dorado County Sheriff's Deputies
8  Sean Fitzgerald and Richard Strasser, as well as the El Dorado County Sheriff's Department as
9  the defendants in this action.  Plaintiff claims that defendant Fitzgerald used excessive force
10 against plaintiff during the course of his arrest.  Plaintiff also alleges that defendant Strasser
11 failed to provide him with adequate medical care following his arrest.  Finally, plaintiff alleges
12 that defendant El Dorado County Sheriff's Department has knowingly created an atmosphere of
13 lawlessness where superiors condone and justify unconstitutional behavior on the part of
14 deputies.  In terms of relief, plaintiff requests monetary damages and any further relief the court
15 deems necessary and proper.  (Compl. Attach. 1-13.)

16 Liberally construed, plaintiff's complaint appears to state cognizable claims for
17 relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the
18 complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
19 action.[1]

20 /////

21 _____

22 [1] Plaintiff has mistakenly indicated throughout his complaint that the Fifth, Eighth and Fourteenth Amendments of the U.S. Constitution govern his constitutional claims.  In fact, it
23 appears that the Fourth Amendment is applicable to the excessive use of force claims he has presented and that the Fourteenth Amendment governs his inadequate medical care claims.  See
24 Graham v. Connor, 490 U.S. 386, 395 (1989) (a claim that a law enforcement officer used excessive force during the course of an arrest is analyzed under the Fourth Amendment and an
25 objective reasonableness standard); Conn v. City of Reno, 591 F.3d 1081, 1094 (9th Cir. 2010) (the Eighth Amendment protects prison inmates from the denial of medical care while the
26 Fourteenth Amendment protects pretrial detainees).

1         Also pending before the court is plaintiff's motion for leave to file with the court a
2 digital versatile disc or a "dvd," which purportedly proves the allegations in his complaint.
3 Plaintiff is advised that he should retain his dvd at this time. In the event that the instant action
4 reaches the summary judgment stage or proceeds to trial, he may submit the dvd as evidence with
5 the admission of such evidence governed by the Federal Rules of Evidence.

6         Accordingly, IT IS HEREBY ORDERED that:

7         1. Plaintiff's application to proceed in forma pauperis (Doc. Nos. 2 & 8) is
8 granted.

9         2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
10 Plaintiff is assessed an initial partial filing fee of $19.33. All fees shall be collected and paid in
11 accordance with this court's order to the Director of the California Department of Corrections
12 and Rehabilitation filed concurrently herewith.

13         3. Service of the complaint is appropriate for the following defendants:
14 Fitzgerald, Strasser, and the El Dorado County Sheriff's Department.

15         4. The Clerk of the Court shall send plaintiff three USM-285 forms, one
16 summons, an instruction sheet, and a copy of the complaint filed December 3, 2009.

17         5. Within thirty days from the date of this order, plaintiff shall complete the
18 attached Notice of Submission of Documents and submit all of the following documents to the
19 court at the same time:

20         a. The completed, signed Notice of Submission of Documents;

21         b. One completed summons;

22         c. One completed USM-285 form for each defendant listed in number 3
23         above; and

24         d. Four copies of the endorsed complaint, including the exhibits attached
25         thereto, filed December 3, 2009.

26 /////

6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Plaintiff's motion for leave to file with the court a digital versatile disc or a "dvd" (Doc. No. 7) is denied.

DATED: February 19, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
alex3368.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

        Plaintiff,                                  No. CIV S-09-3368 DAD P

    vs.

SEAN FITZGERALD et al.,                        NOTICE OF SUBMISSION

        Defendants.                               OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____   <u>one</u> completed summons form;

        _____   <u>three</u> completed USM-285 forms; and

        _____   <u>four</u> true and exact copies of the complaint, including the exhibits attached thereto, filed December 3, 2009.

DATED: _____.

                                                                                _____
                                                                                 Plaintiff