IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Plaintiff,                    No. CIV S-09-3368 DAD P

    vs.

SEAN FITZGERALD, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and informa pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 22, 2010, plaintiff filed two documents with the court entitled "Demand for Inspection and Production of All Documents, Videos and Pictures from Defendants" and "Requests for Admission from Defendant Richard Strasser."

        Plaintiff is informed that court permission is not necessary for the propounding of discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 22, 2010, demand for inspection (Doc. No. 26) and requests for admission (Doc. No. 27) will be placed in the court

1

1  file and disregarded.  Plaintiff is cautioned that further filing of discovery requests or responses,
2  except as required by rule of court, may result in an order of sanctions, including, but not limited
3  to, a recommendation that this action be dismissed.
4  DATED: June 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:sj:kly
   alex3368.411(2)