IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

      Plaintiff,                      No. CIV S-09-3368 DAD P

   vs.

SEAN FITZGERALD, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On December 1, 2010, plaintiff filed a motion for appointment of counsel, which defendants have opposed.[1] The court finds that exceptional circumstances exist in this case, and therefore the appointment of counsel for plaintiff is warranted. Ellen C. Dove has been selected from the court's pro bono panel to represent plaintiff.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 1, 2010 motion for appointment of counsel (Doc. No. 71) is granted;

/////

---

[1] Defendants, however, lack standing to oppose a plaintiff's motion seeking appointment of counsel.

1

1        2.  Ellen C. Dove shall notify Sujean Park, the court's Pro Bono Coordinator, at
916-930-4278 or via email at spark@caed.uscourts.gov , if she has any questions related to the appointment; and

      3.  The Clerk of the Court is directed to serve a copy of this order upon Ellen C. Dove, Law Offices of Ellen C. Dove, 5325 Elkhorn Boulevard Suite 160, Sacramento, California, 95842.

DATED: December 10, 2010.

DAD:9
alex3368.31

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE