UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

      Plaintiff,                      No. CIV S-09-3368 DAD P

vs.

SEAN FITZGERALD, et al.,

      Defendants.               **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Alexios Alexander, inmate # AD-7633, a necessary and material witness in proceedings in this case on October 3, 2011, is confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by telephonic-conferencing at High Desert State Prison, October 3, 2011, at 10:00 a.m.[1]

      ACCORDINGLY, IT IS ORDERED that:

      1.  The September 1, 2011 Writ of Habeas Corpus Ad Testificandum (Doc. No. 83) is hereby vacated;

      2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 13, 2011.

                                                             /s/ Dale A. Drozd
                                                             DALE A. DROZD
DAD:mp                                                      UNITED STATES MAGISTRATE JUDGE
alex3368.841tc

---

[1] The court is issuing an amended writ for a telephonic-conference because it has learned that High Desert State Prison's video-conference equipment is currently inoperable.